FILED

MAR 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM V. GALLO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUILLERMO GUILLEN AYON,<br><br>Defendant. | Case No. 12MJ0508-WVG<br><br>**ORDER TO DISMISS COMPLAINT AND RELEASE MR. GUILLEN AYON IMMEDIATELY** |

**IT IS HEREBY ORDERED** that the Complaint in the instant case be dismissed, without prejudice, and that Mr. Guillen Ayon be released from custody immediately.

**SO ORDERED.**

Dated: 3/2/12

HONORABLE WILLIAM V. GALLO
United States Magistrate Judge